UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
DENVER DIVISION

**CASE NO.: 1:25-cv-02105**

IVAN RADIC,

        Plaintiff,

v.

PHILLIP JOHN WYGONSKI dba DISCOVER HEALTH & WELLNESS NORTHGLENN,

        Defendant,

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

### (INJUNCTIVE RELIEF DEMANDED)

Plaintiff IVAN RADIC by and through his undersigned counsel, brings this Complaint against Defendant PHILLIP JOHN WYGONSKI dba DISCOVER HEALTH & WELLNESS NORTHGLENN for damages and injunctive relief, and in support thereof states as follows:

### SUMMARY OF THE ACTION

1. Plaintiff IVAN RADIC ("Radic") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Radic's original copyrighted Work of authorship.

2. Radic has been a professional photographer since 2017. Radic works with many different clients and focuses on different styles of photography.

3. Defendant PHILLIP JOHN WYGONSKI dba DISCOVER HEALTH & WELLNESS NORTHGLENN ("Wygonski") offers chiropractic care, shockwave therapy,

**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

massage and nutrition guidance. At all times relevant herein, Wygonski owned and operated the Facebook page "Discover Health and Wellness Northglenn" located at the internet URL www.facebook.com/DiscoverNorthglenn (the "Wygosnki Facebook Page").

4. Radic alleges that Defendant copied Radic's copyrighted Work from the internet in order to advertise, market and promote his business activities. Wygonski committed the violations alleged in connection with his business for purposes of advertising and promoting sales to the public in the course and scope of Wygonski's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Wygonski is subject to personal jurisdiction in Colorado.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Wygonski engaged in infringement in this district, Wygonski resides in this district, and Wygonski is subject to personal jurisdiction in this district.

## DEFENDANT

9. Phillip John Wygonski dba Discover Health & Wellness Northglenn is a Colorado Individual, with his principal place of business at 11184 Huron Street, Suite 10, Northglenn, CO, 80234.

**THE COPYRIGHTED WORK AT ISSUE**

10. In 2021, Radic created the photograph entitled "Young woman doing a plank on a yoga mat," which is shown below and referred to herein as the "Work".



11. Radic registered the Work with the Register of Copyrights on December 23, 2021, and was assigned registration number VA 2-280-715. The Certificate of Registration is attached hereto as **Exhibit 1**.

12. Radic made his work available via Flickr and a Creative Commons 2.0 License.

13. The Work was published at the internet URL https://www.flickr.com/photos/26344495@N05/51271729098.

14. For a party to be allowed to use a Creative Commons 2.0 License ("CC 2.0"), it is conditioned upon the prospective licensee of the Work attributing the Work to the original owner/claimant of the Work.

15. In part, the CC 2.0 license states, "You must give appropriate credit, provide a link to the license and indicate if changes were made."[1]

16. At all relevant times Radic was the owner of the copyrighted Work at issue in this case.

## INFRINGEMENT BY WYGONSKI

17. Wygonski has never been licensed to use the Work at issue in this action for any purpose.

18. On a date after the Work at issue in this action was created, but prior to the filing of this action, Wygonski copied the Work.

19. On or about August 1, 2022, Radic discovered the unauthorized use of his Work on the Wygosnki Facebook Page.

20. Wygonski copied Radic's copyrighted Work without Radic's permission.

21. After Wygonski copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of his chiropractic and wellness business.

22. Wygonski copied and distributed Radic's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

---

[1] https://creativecommons.org/licenses/by/2.0/

23. Radic's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

24. Wygonski committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

25. Radic never gave Defendant permission or authority to copy, distribute or display the Work at issue in this case.

26. Radic notified Wygonski of the allegations set forth herein on October 10, 2024 and October 24, 2024. To date, the parties have failed to resolve this matter.

27. When Home Alliance copied and displayed the Works at issue in this case, Home Alliance failed to provide attribution as required by the CC 2.0 license.

28. Defendant's failure to attribute is a violation of 17 U.S.C. § 1202(b) as removal of copyright management information.

29. Suresh never gave Home Alliance permission or authority to remove copyright management information from the Works at issue in this case.

## COUNT I
## COPYRIGHT INFRINGEMENT

30. Radic incorporates the allegations of paragraphs 1 through 29 of this Complaint as if fully set forth herein.

31. Radic owns a valid copyright in the Work at issue in this case.

32. Radic registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

33. Wygonski copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Radic's authorization in violation of 17 U.S.C. § 501.

34. Wygonski performed the acts alleged in the course and scope of its business activities.

35. Defendant's acts were willful.

36. Radic has been damaged.

37. The harm caused to Radic has been irreparable.

## COUNT II
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

38. Radic incorporates the allegations of paragraphs 1 through 29 of this Complaint as if fully set forth herein.

39. The Work at issue in this case requires attribution and contains copyright management information ("CMI").

40. Wygonski knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the Work at issue in this action in violation of 17 U.S.C. § 1202(b).

41. Wygonski committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Radic's rights in the Work at issue in this action protected under the Copyright Act.

42. Wygonski caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Radic's rights in the Work at issue in this action protected under the Copyright Act.

43. Radic has been damaged.

44. The harm caused to Radic has been irreparable.

WHEREFORE, the Plaintiff IVAN RADIC prays for judgment against the Defendant PHILLIP JOHN WYGONSKI dba DISCOVER HEALTH & WELLNESS NORTHGLENN that:

a. Wygonski and his officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

b. Wygonski be required to pay Radic his actual damages and Defendant's profits attributable to the infringement, or, at Radic's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

c. Radic be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Radic be awarded pre- and post-judgment interest; and

e. Radic be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Radic hereby demands a trial by jury of all issues so triable.

DATED: July 8, 2025                     Respectfully submitted,

*/s/ Matthew L. Rollin*
MATTHEW L. ROLLIN
matthew.rollin@sriplaw.com

**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, CA  90211
323.364.6565 – Telephone
561.404.4353 – Facsimile

7
**SRIPLAW**
CALIFORNIA ♦ FLORIDA ♦ GEORGIA ♦ INDIANA ♦ NEW YORK ♦ TENNESSEE ♦ TEXAS

and

EVAN A. ANDERSEN
Evan.andersen@sriplaw.com

**SRIPLAW, P.A.**
3355 Lenox Road NE
Suite 750
Atlanta, GA 30326
470.598-0800 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff* Ivan Radic